UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Cardiac Science, Inc.,

                                                                 Civil No. 03-2988 (RHK/JSM)

            Plaintiff,

                                                                **ORDER**

vs.

Defibtech, LLC,

            Defendant.

_____

      Before the Court is the Joint Motion to Amend the June 23, 2005 Order dismissing this case with prejudice. The parties seek to have this Court retain jurisdiction to effectuate and enforce the terms of the parties' settlement agreement.

      The undersigned has now reviewed transcript of the June 22, 2005 proceedings in which Magistrate Judge Janie S. Mayeron read into the record the terms of the settlement reached on that date. There is no reference to the Court retaining jurisdiction to enforce and/or effectuate the terms of the settlement agreement.

      Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED** that the Joint Motion to Amend Order of Dismissal to Provide for Continuing Jurisdiction Over the Parties' Settlement Agreement (Doc. No. 120) is **DENIED**.

Dated: July 12, 2005

                                                                  s/Richard H. Kyle
                                                                  RICHARD H. KYLE
                                                                  United States District Judge