# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| CARDIAC SCIENCE, INC., | **COURT MINUTES** |
| Plaintiff(s), | BEFORE: Janie S. Mayeron |
| v. | U.S. Magistrate Judge |
| DIFIBTECH, LLC., | |
| Defendant(s). | |

| | |
|---|---|
| Case No: | 03-2988 (RHK/JSM) |
| Date: | July 26, 2005 |
| Court Reporter: | NA |
| Tape Number: | 113/103 to 113/507 |
| Time Commenced: | 12:30 p.m. |
| Time Concluded: | 1:15 p.m. |
| Time in Court: | 45 Minutes |

**APPEARANCES:**

For Plaintiff:  Randall Skaar
For Defendant:  Jeanette M Bazis

Interpreter / Language: NA

**ORDER TO BE SUBMITTED BY:**   ☒ COURT   ☐ PLAINTIFF   ☐ DEFENDANT

Plaintiff's Motion to Enforce Settlement [Docket No.124 ]
Defendant's Motion to Enforce Settlement [Docket No.128 ]–**Both taken under advisement**

Motions taken under advisement as of:   July 26, 2005

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

s/sgk
Signature of Law Clerk
